# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-1436-JLK

MARTHA LIRA ARREDONDO,

    Petitioner,

v.

JOHN LONGSHORE, Field Office Director, U.S. Immigration and Customs Enforcement, JEH CHARLES JOHNSON, Secretary, U.S. Department of Homeland Security, THOMAS S. WINKOWSKI, Principal Deputy Assistant Secretary, U.S. Immigration and Customs Enforcement, and ERIC HOLDER, Attorney General, United States of America,

    Respondents.

## ORDER FOR STATUS REPORT

Kane, J.

    Petitioner's Motion for Hearing On Petition, Doc. 8, indicates that a ruling by USCIS on this matter is anticipated within the next two weeks. The parties are ordered to submit to the Court a Status Report on the earlier date of two business days after such a ruling is issued by USCIS or 14 days from the date of this Order (July 7th, 2014). The necessity of a hearing will be evaluated at that time.

DATED:    June 23, 2014        BY THE COURT:
                                                        *s/John L. Kane*
                                                        John L. Kane, U.S. Senior District Judge