# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01436-JLK

MARTHA LIRA ARREDONDO,

      Petitioner,

v.

JOHN LONGSHORE, Field Office Director, U.S. Immigration and Customs Enforcement; JEH CHARLES JOHNSON, Secretary, U.S. Department of Homeland Security; THOMAS S. WINKOWSKI, Principal Deputy Assistant Secretary, U.S. Immigration and Customs Enforcement; ERIC HOLDER, Attorney General, United States of America;

      Respondents.

---

## ORDER DISMISSING CASE

Kane, J.

      As Petitioner is no longer in custody, her habeas claim is moot. *See, e.g., Jordan v. Sosa*, 654 F.3d 1012, 1023 (10th Cir. 2011) ("The mootness doctrine provides that although there may be an actual and justiciable controversy at the time the litigation is commenced, once that controversy ceases to exist, the federal court must dismiss the action for want of jurisdiction.") (citation omitted).  Accordingly, I dismiss this case for lack of jurisdiction.

DATED:     December 3, 2014            BY THE COURT:

                                                      *s/John L. Kane*
                                                      John L. Kane, U.S. Senior District Judge