**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 14-cv-01436-JLK

MARTHA LIRA ARREDONDO,

    Petitioner,

v.

JOHN LONGSHORE, Field Office Director, U.S. Immigration and Customs Enforcement;
JEH CHARLES JOHNSON, Secretary, U.S. Department, of Homeland Security;
THOMAS S. WINKOWSKI, Principal Deputy Assistant Secretary, U.S. Immigration and Customs Enforcement;
ERIC HOLDER, Attorney General, United States of America,

    Respondents.

---

### FINAL JUDGMENT

---

    Pursuant to and in accordance with the Order Dismissing Case (Doc. No. 14) signed by Judge John L. Kane on December 3, 2014, incorporated herein by reference, it is

    ORDERED that this case is DISMISSED for lack of jurisdiction.

    Dated at Denver, Colorado this 4th day of December, 2014.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                          By:  s/   Bernique Abiakam